In the Matter of HENRY C. PECK et al., Appellants. THE TOWN BOARD OF THE TOWN OF BRIGHTON et al., Respondents.

(Argued May 18, 1931; decided June 9, 1931.)

*William F. Lynn* for appellants.

*Frank H. Parker* for Town Board of Town of Brighton, respondent.

*Edward M. Ogden* for Town Zoning and Building Commission of Town of Brighton, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.